## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re  
Nidal M. Hasan , xxx–xx–3614  
Debtor*

Bankruptcy Case No.  08–21449  
Chapter  7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been fully administered.

**IT IS ORDERED THAT:**

☑ Norman P. Hagemeyer is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc:  Trustee:  Norman P. Hagemeyer  
     Attorney:  Bo Luxman

Date:  July 15, 2008

David S. Kennedy, Chief Bankruptcy Judge  
**United States Bankruptcy Judge**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

**[fd7]** [Final Decree – 02/10/2002]